UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LIPSEY, JR., | No. 2:19-cv-0589 KJN P |
| Plaintiff, | |
| v. | ORDER |
| DE LA ROSA, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding pro se. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983, and leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1). For the reasons stated below, the court finds that plaintiff has not demonstrated he is eligible to proceed in forma pauperis.

A prisoner may not proceed in forma pauperis:

> if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

28 U.S.C. § 1915(g). On July 20, 2018, the district court found that plaintiff had sustained four strikes under § 1915(g). Lipsey v. Mendoza, No. 1:18-cv-0969 LJO GSA (E.D. Cal.) (ECF No.

1

5.)[1]  Since that order issued, plaintiff has sustained another strike in Lipsey v. Samaniego, 1:1-cv-1703 LJO JDP (E.D. Cal.), which was dismissed for failure to state a claim on April 17, 2019.

Thus, plaintiff has filed at least three lawsuits that have been dismissed on the grounds that they failed to state a claim upon which relief may be granted, and none of the strikes have been overturned.  Therefore, plaintiff is precluded from proceeding in forma pauperis in this action unless plaintiff is "under imminent danger of serious physical injury."  28 U.S.C. § 1915(g).  Plaintiff has not alleged any facts which suggest that he is under imminent danger of serious physical injury.  Rather, plaintiff challenges an incident that took place in 2016 while he was housed at the California Health Care Facility in Stockton.  At the time he filed this action he had been transferred to Corcoran State Prison (ECF No. 1 at 1), but is now housed at Kern Valley State Prison in Delano.  Thus, plaintiff must submit the appropriate filing fee in order to proceed with this action.

In accordance with the above, IT IS HEREBY ORDERED that plaintiff shall submit, within twenty-one days from the date of this order, the appropriate filing fee.  Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed.

Dated:  May 6, 2019

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/lips0589.1915g.ifp

---

[1] "Court records reflect that on at least three prior occasions, Plaintiff has brought actions while incarcerated that were dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. See 1) Lipsey v. SATF Prisons Ad Seg Property Officers, et al., Civil Case No. 1:15-cv-00691-LJO-SKO-PC (E.D. Cal. June 6, 2018 Order dismissing action for failure to state a claim) (strike one); 2) Lipsey v. Court of Appeal, et al., Civil Case No. 2:17-cv-08985-AG-JC (C.D. Cal. Dec. 27, 2017 Order of dismissal as frivolous, malicious, or for failure to state a claim) (strike two); 3) Lipsey v. Secretary of CDCR, et al., Civil Case No. 2:17-cv-05094 AG(JC) (C.D. Cal. May 16, 2018 Order of dismissal for failure to state a claim, failure to comply with court order, and failure to prosecute) (strike three); and 4) Lipsey v. M. Guzman, et al.,, Civil Case No. 1:17-cv-00896-AWI-EPG-PC (E.D. Cal. July 3, 2018 Order of dismissal for failure to state a claim) (strike four)." Mendoza, No. 1:18-cv-0969 LJO GSA (July 20, 2018).