UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LIPSEY, JR., | No. 2:19-cv-0589 KJM KJN P |
| Plaintiff, | |
| v. | ORDER |
| DE LA ROSA, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, filed a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed a request to transfer this case to state court. However, plaintiff did not sign his request. Parties proceeding without counsel are required to sign all pleadings, motions, and other papers submitted to the court for filing. Fed. R. Civ. P. 11(a). Thus, the court is unable to consider plaintiff's request unless he signs and re-files the signed request. Plaintiff's request is denied without prejudice to the renewal of the request bearing his signature.

In accordance with the above, IT IS HEREBY ORDERED that plaintiff's request (ECF No. 12) is denied without prejudice to plaintiff re-filing the request bearing his signature.

Dated: October 29, 2019

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

lips0589.r11

1